## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Samuel Williams

                            Plaintiff,

v.                                                   Case No.: 1:17−cv−03323

                                                                          Honorable Gary Feinerman

Global Credit & Collections, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 4, 2019:

      MINUTE entry before the Honorable Gary Feinerman: Fairness hearing and motion hearing held. For the reasons stated on the record, Plaintiff's motion for attorney fees [60] is granted, and the settlement is approved. The parties shall file a final report by 7/29/2019. Civil case closed. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.